Rene Peinado
110 Pacific Ave. #254
San Francisco, Ca 94111
Tel. (415)286-6100.

Pro Per

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRCIT OF CALIFORNIA

RENE PEINADO
    Plaintiff,

v

CITY AND COUNTY OF SAN FRANCISCO, ELIAS GEORGOPOULOS, and DOES 1-50, Inclusive,
    Defendants.

CASE NO.: C – 11 – 1799 EMC

CASE MANAGEMENT CONFERENCE STATEMENT

ORDER

    I am filing this statement to inform the court that I have now selected the lawyer who will be representing me in this case. His name is Michael Haddad. He will be filing a notice of counsel entering this case.

    This court set a deadline of March 13, 2011 to serve the parties in this case, however, the parties have not yet been served.

    I ask this court to grant a continuance for service of the complaint and filing a certificate of service until May 14, 2012. This continuance will allow time for my lawyer to enter the case and conduct service of the complaint on all the parties.

    Respectfully submitted,

Dated: April 5, 2012

IT IS SO ORDERED that Plaintiff shall have until 5/14/12 to serve the complaint and file a certificate of service. The 4/13/12 further CMC is reset to 7/6/12 at 10:30 am
_____
Edward M. Chen
cc: Plaintiff
Plaintiff shall serve a copy of this order upon defendants.

By: _____
    Rene Peinado