UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RENE PEINADO

_____,
Plaintiff(s),

v.

CITY AND COUNTY OF SAN FRANCISCO

_____,
Defendant(s).
_____/

CASE NO. C11-01799-EMC

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
- [X] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
- [X] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [ ] other requested deadline _____

Dated: 1/18/13

Dated: 1/18/13

/s/ RENE PEINADO
Attorney for Plaintiff
RENE PEINADO in pro per

/s/ BLAKE P. LOEBS
Attorney for Defendant
CITY AND COUNTY OF
SAN FRANCISCO

CONTINUE TO FOLLOWING PAGE

NDC-ADR6

**[PROPOSED] ORDER**

[x] The parties' stipulation is adopted and IT IS SO ORDERED.
[ ] The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 1/24/13



_____ JUDGE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11

# PROOF OF SERVICE

I, DEBORAH SANCHEZ, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Fifth Floor, San Francisco, CA 94102.

On January 18, 2013, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the following persons at the locations specified:

Rene Peinado
110 Pacific Avenue, #254
San Francisco, CA  94111
Tel:  (415) 286-6100
*Plaintiff in pro per*

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed January 18, 2013, at San Francisco, California.

_____
DEBORAH SANCHEZ