February 5, 2013

Honorable Judge Edward Chen

Federal Court House

450 Golden Gate Avenue

San Francisco, CA 94103

Via Facsimile (415) 5$2-3605   and U.S .Mail

FILED

FEB - 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: Case No. C11-01799-EMC

Dear Judge Chen;

   I am writing to request an extension of time to file the amended complaint in the above referenced action.

   I received the court's order, however, I am currently working on assignment, at sea, in the Gulf of Mexico and unable to meet the thirty (30) day deadline. I return to San Francisco on February 18 and will be able to file the amended complaint by the end of the month. Therefore, I respectfully request the court grant a fifteen (15) day extension in order to comply with the order.

   I declare under penalty of perjury that the above is true and correct.

Respectfully,

Rene E. Peinado (email: 110pacific@gmail.com)

   IT IS SO ORDERED that Plaintiff's amended complaint shall be filed and served by 3/1/13.

_____
Edward M. Chen
United States District

IT IS SO ORDERED
Judge Edward M. Chen

cc: Plaintiff (mail)