DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
BLAKE P. LOEBS, State Bar #145790
Chief of Civil Rights Litigation
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:     (415) 554-3837
E-Mail:        blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
AND ELIAS GEORGOPOULOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE PEINADO,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ELIAS GEORGOPOULOS, And DOES 1-50, inclusive<br><br>  Defendants. | Case No. C11-01799-EMC<br><br>**DEFENDANTS' REQUEST AND [PROPOSED] ORDER EXTENDING DEADLINE IN WHICH TO COMPLETE MEDIATION** |

1  Defendants' hereby request that the deadline to mediate this matter be continued to from April
2  24, 2013 to July 24, 2013.  Defendants make this request because Defendants' motion to dismiss is
3  not scheduled to be heard until May 7, 2013 and mediation before Defendants' motion is heard would
4  not be productive.   Plaintiff initially agreed to extend the mediation date in a joint telephone
5  conversation with the mediator, but Defendants have not been able to confirm Plaintiff's agreement in
6  writing and therefore is filing this motion on their own.

Dated:  April 17, 2013

                          DENNIS J. HERRERA
                          City Attorney
                          CHERYL ADAMS
                          Chief Trial Deputy
                          BLAKE P. LOEBS
                          Chief of Civil Rights Litigation

            By:_____*/s/ Blake P. Loebs*_____
                          BLAKE P. LOEBS
                          Attorneys for Defendant
                          CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

IT IS HEREBY ORDERED that the deadline by which the parties' mediation must be completed is extended to July 24, 2013.

Dated: 4/22/13



_____
HON. EDWARD M. CHEN
DISTRICT JUDGE