United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RENE PEINADO**,

             Plaintiff,

      v.

**CITY AND COUNTY OF SAN FRANCISCO**

             Defendants.
_____/

Case No.: CV **11-01799 EMC** (EDL)

RECUSAL ORDER

      TO ALL PARTIES AND COUNSEL OF RECORD:

      This matter was referred to the undersigned for settlement. The Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

      IT IS SO ORDERED.

Dated: June 3, 2014

                                                          _____
                                                          ELIZABETH D. LAPORTE
                                                          United States Chief Magistrate Judge