1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   LAW OFFICES OF PAMELA Y. PRICE
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA 94607
   Telephone: (510) 452-0292
4  Facsimile:  (510) 452-5625
   E-mail: pamela.price@pypesq.com
5
   Attorneys for Plaintiff
6  RENE PEINADO

7  DENNIS J. HERRERA, State Bar #139669
   City Attorney
8  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
9  BLAKE P. LOEBS, State Bar #145790
   Chief of Civil Rights Litigation
10 MICHAEL GERCHOW, State Bar # 245706
   Deputy City Attorney
11 Fox Plaza
   1390 Market Street, 6th Floor
12 San Francisco, California 94102-5408
   Telephone: (415) 554-3868 [Loebs]
13 (415) 554-3936 [Gerchow]
   Facsimile: (415) 554-3837
14 E-Mail: blake.loebs@sfgov.org
   michael.gerchow@sfgov.org
15
   Attorneys for Defendants
16 CITY AND COUNTY OF SAN FRANCISCO
   and ELIAS GEORGOPOLOUS
17

18                  UNITED STATES DISTRICT COURT
19                 NORTHERN DISTRICT OF CALIFORNIA
20

21
   RENE PEINADO,                   ) NO. C11-01799 EMC (JSC)
22                                  )
            Plaintiff,              ) **STIPULATION AND [P~~ROPO~~SED]**
23                                  ) **ORDER TO CONTINUE**
   v.                               ) **SETTLEMENT CONFERENCE AND**
24                                  ) **MEDIATION DEADLINE**
   CITY AND COUNTY OF SAN           )
25 FRANCISCO, ELIAS                 )
   GEORGOPOULOS, AND DOES 1-50,    )
26                                  )
            Defendants.             )
27 _____  )

28

The parties, by and through their respective counsels of record, hereby stipulate and agree that the mediation deadline currently set for September 16, 2014, may and shall be enlarged to October 31, 2014.  Good cause exists for this modification because of the unavailability of Plaintiff's counsel due to a previously scheduled mediation in another matter.  Counsel has confirmed that the assigned magistrate judge, the Hon. Jacqueline Scott Corley, is available to preside over a Settlement Conference on October 31, 2014.

Dated: August 27, 2014

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy
BLAKE P. LOEBS
Chief of Civil Rights Litigation
MICHAEL GERCHOW
Deputy City Attorney

/s/ Michael Gerchow
MICHAEL GERCHOW
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 27, 2014

LAW OFFICES OF PAMELA Y. PRICE

/s/ Pamela Y. Price
PAMELA Y. PRICE, Attorneys for Plaintiff
RENE PEINADO

### ORDER

The Court, after reviewing and considering the parties' Stipulation and request to enlarge the mediation deadline, and good cause appearing therefore, **IT IS ORDERED** that the mediation deadline shall be enlarged to October 31, 2014. Further Status is reset for 11/20/14 at 1:30 p.m. (same time as hearing for dispositive motions). Joint status report due 11/13/14.

**IT IS SO ORDERED.**

Dated: 9/9/14

HON. EDWARD M. CHEN
UNITED STATES DISTRICT COURT

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

STIPULATION AND PROPOSED ORDER (C11-01799 EMC (JSC))

13018P206PYP